BEFORE THE THIRD DIVISION, JUNE 13, 1950

**No. 54401.**—Wm. Faehndrich, Inc. *v.* United States, protest 123245–K/12825 (New Orleans).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of Edam process-cheese similar in all material respects to that the subject of *Dutch Cheese Importers Co.* v. *United States* (23 Cust. Ct. 98, C. D. 1197), the claim of the plaintiff was sustained.

**No. 54402.**—Damascus Trading Co. et al. *v.* United States, protests 135174–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.